**LAW OFFICES OF WEBER & NIERENBERG**
JOSEPH S. NIERENBERG (SBN 111893)
Email: wnnlaw@aol.com
1999 Harrison Street, Suite 600, Oakland, CA 94612-3586
Telephone: 510.663.6000; Facsimile: 510.663.6006

Attorney for Plaintiff CHRISTOPHER DANIEL KNOWLES

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER (SBN 148349)
Email: Shawn.Toliver@LewisBrisbois.com
CHARLENE P. ROSACK (SBN 54436)
Email: Charlene.Rosack@LewisBrisbois.com
COLIN E. HOWARD (SBN 202587)
Email: Colin.Howard@LewisBrisbois.com
333 Bush Street, Suite 1100, San Francisco, CA 94104-2872
Telephone: 415.362.2580; Facsimile: 415.434.0882

Attorney for Defendant EDWIN HONORIO MORALES-CORTES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER DANIEL KNOWLES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDWIN HONORIO CORTES, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:16-cv-05356-JSC<br><br>**JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER** |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9:

1. **Jurisdiction and Service:**

This is a personal injury case arising from a vehicle vs. vehicle collision that occurred on July 27, 2015 in San Francisco, California. Jurisdiction arises from diversity of citizenship: Defendant EDWIN HONORIO CORTES is domiciled in Puerto Rico. Plaintiff is domiciled in California. Defendant CORTES has been served and has filed an Answer.

/ / /

2. **Facts:**

This suit is brought by CHRISTOPHER DANIEL KNOWLES, who is seeking recovery for injuries and damages. On July 27, 2015, plaintiff was operating his motorcycle westbound on Market Street at or near its intersection with Douglass Street in San Francisco, California, when defendant EDWIN HONORIO CORTES was operating a certain 2014 Hyundai automobile. The vehicles collided in the intersection. Liability and the cause of the collision is in dispute.

Plaintiff was in good health before this accident causing an intra-articular fracture of the tibial plateau and a horizontal tear of the posterior horn of the medial meniscus of his right knee, as well as injuries to his head, right arm, right foot and back. He also suffered road rash. His activities have and will continue to be altered because of ongoing accident-related pain.

3. **Legal Issues:**

The principal liability and damages issues, which are governed by California tort law, include:

Whether defendant was negligent.

If so, whether plaintiff was comparatively negligent.

If both were negligent, the percentage of their respective fault.

The amount of reasonable and necessary special damages attributable to the accident.

The amount of reasonable general damages attributable to the accident.

The nature and extent of Plaintiff's recoverable damages.

4. **Motions:**

The parties anticipate filing motions in limine.

5. **Amendment of Pleadings:**

Defendant filed an amended answer. The parties do not anticipate any further amendment of the pleadings.

6. **Evidence Preservation:**

The parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information. The parties confirm that they have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps to take to preserve evidence relevant to the issues reasonably evident in this action.

7. **Disclosures:**

The parties will make their initial disclosures on or before the December 15, 2016 deadline.

8. **Discovery:**

Plaintiff and defendant will serve interrogatories, document requests and requests for admissions. If liability is not admitted, plaintiff will depose defendant, the investigating officer and the passenger in defendant's vehicle. Defendant will depose Plaintiff, and anticipates the need to obtain an Independent Medical Examination of Plaintiff.

Defendant has subpoenaed plaintiff's medical and employment records.

The parties do not anticipate the need for an e-discovery order in this matter.

9. **Class Actions:**

This is not a class action.

10. **Related Cases:**

None.

11. **Relief:**

Plaintiff seeks the following monetary relief:

| | |
|---|---|
| Medical Expenses: | $66,846.84 |
| Wage-Loss: | $20,000.00 approx. |
| General Damages: | $500,000.00 |

Defendant seeks no damages in this action, other than dismissal and costs.

12. **Settlement and ADR:**

The parties have agreed to complete private mediation with Michael Ney, Esquire no later than May 15, 2017. The parties anticipate that completion of the following discovery will be necessary prior to mediation: written discovery, the deposition of Plaintiff and Defendant, and perhaps an independent medical examination. The parties do not anticipate that any motions will be necessary before mediation.

13. **Consent to Magistrate Judge for All Purposes:**

Both parties have filed a consent to proceed before a Magistrate Judge for all purposes.

///

1  **14.  Other References:**
2  None.
3  **15.  Narrowing of Issues:**
4  The parties will attempt to narrow the issues through appropriate factual stipulations and
5  motions in limine.
6  **16.  Expedited Scheduling:**
7  The parties do not agree that this case is appropriate for expedited trial procedures.
8  **17.  Scheduling:**
9  The parties propose the following schedule:
10      Parties seek leave to add new parties or amend the pleadings: Jan. 30, 2017
11      ADR Completion Date:  May 15, 2017
12      Non-expert discovery completion date:  March 30, 2017
13      Expert disclosures:  June 1, 2017
14      Rebuttal expert disclosures:  June 25, 2017
15      Expert Discovery Cutoff:  July 27, 2017
16      Motions Hearing Deadline:  Sep. 20, 2017
17      Meet and confer re pretrial filings:  Nov. 1, 2017
18      Pretrial filings due:  Nov. 9, 2017
19      Oppositions, Objections, Exhibits, and Depo Designations due:  Nov. 7, 2017
20      Final Pretrial Conference:  Dec. 8, 2017
21      Trial:  Jan. 22, 2018
22  **18.  Trial:**
23  Plaintiff and defendant request a jury trial.  The parties estimate that the length of trial will be
24  4 -- 6 days. Joseph S. Nierenberg will serve as lead trial attorney for plaintiff.   Shawn Toliver will
25  serve as lead trial attorney for defendant.
26  **19.  Disclosure of Non-party Interested Entities or Persons:**
27  Both parties have filed their Certifications of Interested Entities or Persons. Pursuant to Local
28  Rule 3-15, both parties certify that as of this date, there is no interest to report.

20. **Professional Conduct:**

Both parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. **Other:**

None.

DATED: December 15, 2016                LAW OFFICES OF WEBER & NIERENBERG


By: */s/ Joseph S. Nierenberg*
Joseph S. Nierenberg
Attorneys for Plaintiff
CHRISTOPHER DANIEL KNOWLES

DATED: December 15, 2016                LEWIS BRISBOIS BISGAARD & SMITH LLP


By: */s/ Colin E. Howard*
Shawn A. Toliver
Charlene P. Rosack
Colin E. Howard
Attorneys for Defendant
EDWIN HONORIO MORALES-CORTES

## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

**IT IS SO ORDERED.**

DATED: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE